■ Sandra A. Austin et al., Respondents, v Tri-County Memorial Hospital, Doing Business as Tri-County Chemical Dependency Program, et al., Defendants, and Toni L. John, Appellant. [886 NYS2d 64]—Appeal from an order of the Supreme Court, Cattaraugus County (Michael L. Nenno, A.J.), entered April 22, 2008 in a personal injury action. The order denied the motion of defendant Toni L. John to dismiss the complaint against her.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Centra, Fahey, Pine and Gorski, JJ.